UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 13-12-HRW

ROGER KITTLE, JR.,                                                 PLAINTIFF,

v.                                  **ORDER**

BOYD COUNTY DETENTION CENTER, *et al.*,           DEFENDANTS.

This matter is before the Court upon Defendants' Motion to Dismiss And/Or For Summary Judgment [Docket No. 19]. The motion was submitted to United States Magistrate J. Gregory Wehrman for Report and Recommendation.

Magistrate Judge Wehrman recommends that the motion be sustained and Defendants be granted summary judgment [Docket No. 20].

Plaintiff has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1)     that the Magistrate Judge's Report and Recommendation [Docket No. 20] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) Defendants' Motion to Dismiss And/Or For Summary Judgment [Docket No. 19] be **SUSTAINED.**

This 9th day of January, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge